# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT C. BOLUS, SR.,** | : | Civ. No. 3:23-CV-1378 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **BRIAN BOLUS, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW this 6th day of December 2024, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the defendants' unopposed motion for summary judgment (Doc. 31) is GRANTED, the plaintiff's amended complaint is DISMISSED for failure to prosecute, and the clerk is directed to CLOSE this case.

*S/Martin C. Carlson*
MARTIN C. CARLSON
United States Magistrate Judge